**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | Case No.: 06-30430-dof |
| Geoffrey Fogelsonger and Jennifer Fogelsonger | Chapter 13 Proceedings |
| Debtor(s). | Judge Daniel Opperman |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Beneficial Taxmaster | Paid Per Plan | 1 | Secured | 718783 | $680.00 |

Dated: September 14, 2010

                                                        /s/Carl L. Bekofske
                                           Carl L. Bekofske,
                                           Standing Chapter 13 Trustee
                                           400 N. Saginaw St., Ste 331
                                           Flint, MI 48502
                                           Telephone: (810) 238-4675
                                           Fax: (810) 238-4712
                                           Email: ECF@flint13.com
                                           P10645